UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **23-20454-CR-BLOOM/TORRES**

**UNITED STATES OF AMERICA**

vs.

**CARL ALAN ZAGLIN,
ALDO NESTOR MARCHENA,
FRANCISCO ROBERTO COSENZA CENTENO,**

**Defendants.**
_____/

**NOTICE OF APPEARANCE**

COMES NOW, the United States of America, by and through the undersigned Department of Justice Trial Attorney, hereby gives notice that the undersigned Department of Justice Trial Attorney, Peter Cooch, has been assigned to the above-captioned case.

Respectfully submitted,

GLENN S. LEON
CHIEF, FRAUD SECTION
CRIMINAL DIVISION
DEPARTMENT OF JUSTICE

/s/ *Peter Cooch*
Peter Cooch
Trial Attorney
Court ID No. A5502804
Criminal Division, Fraud Section
U.S. Department of Justice
1400 New York Avenue, N.W.
Washington, D.C. 20005
Phone: (202) 924-6259
Peter.Cooch@usdoj.gov

1

## CERTIFICATE OF SERVICE

I hereby certify that, on January 5, 2024, I electronically filed and served this document via CM/ECF.

/s/ *Peter Cooch*
Peter Cooch
Trial Attorney
Court ID No. A5502804
Criminal Division, Fraud Section
U.S. Department of Justice
1400 New York Avenue, N.W.
Washington, D.C. 20005
Phone: (202) 924-6259
Peter.Cooch@usdoj.gov