UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20454-CR-BECERRA

UNITED STATES OF AMERICA,

vs.

CARL ALAN ZAGLIN,
ALDO NESTOR MARCHENA, and
FRANCISCO ROBERTO COSENZA CENTENO,

                               Defendants.
_____/

## NOTICE OF APPEARANCE

      **COMES NOW** the United States of America and gives notice that Bennett Starnes will appear in the above-captioned case for the limited purpose of representing the Filter Team. Please send all notices and inquiries concerning this matter to the undersigned counsel at the address listed below. All other counsel of record for the United States shall remain as attorneys of notice.

This the 5th day of July, 2024

                                      Respectfully submitted,

                                      GLENN LEON, CHIEF
                                      CRIMINAL DIVISION, FRAUD SECTION
                                      U.S. DEPARTMENT OF JUSTICE

                By:    */s/ Bennett P. Starnes*
                         BENNETT P. STARNES (FL Bar # A5502783)
                         Trial Attorney
                         United States Department of Justice
                         Criminal Division, Fraud Section
                         Special Matters Unit
                         1400 New York Avenue NW
                         Washington, DC 20530
                         Tel: (202) 616-2684
                         Bennett.Starnes@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that, on July 5th, 2024, I filed the foregoing with the Clerk of the Court using the CM/ECF system.

*/s/ Bennett P. Starnes*
BENNETT P. STARNES
Trial Attorney, Fraud Section
