UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20454-CR-BECERRA

**UNITED STATES OF AMERICA**

vs.

**CARL ALAN ZAGLIN,
ALDO NESTOR MARCHENA,
FRANCISCO ROBERTO COSENZA CENTENO,**

**Defendants.**
_____/

**NOTICE OF APPEARANCE**

COMES NOW, the United States of America, by and through the undersigned Department of Justice Trial Attorney, hereby gives notice that the undersigned Department of Justice Trial Attorney, Shy Jackson, has been assigned to the above-captioned case and hereby appears as co-counsel for the United States.

Respectfully submitted,

GLENN S. LEON
CHIEF, FRAUD SECTION
CRIMINAL DIVISION
DEPARTMENT OF JUSTICE

/s/ *Shy Jackson*
Shy Jackson
Trial Attorney
Court ID No. A5503238
Criminal Division, Fraud Section
U.S. Department of Justice
1400 New York Avenue, N.W.
Washington, D.C. 20005
Phone: (202) 669-2675
Shy.Jackson2@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that, on July 11, 2024, I electronically filed and served this document via CM/ECF.

/s/ *Shy Jackson*
Shy Jackson
Trial Attorney
Court ID No. A5503238
Criminal Division, Fraud Section
U.S. Department of Justice
1400 New York Avenue, N.W.
Washington, D.C. 20005
Phone: (202) 669-2675
Shy.Jackson2@usdoj.gov