**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-20454-CR-BECERRA/TORRES**

**UNITED STATES OF AMERICA**

v.

**CARL ALAN ZAGLIN, et al.**

      **Defendants.**
_____/

**UNOPPOSED MOTION TO HOLD STATUS CONFERENCE TELEPHONICALLY**

      The United States of America (the "United States") hereby moves the Court, with the express consent of counsel for the defendants, Carl Alan Zaglin, Francisco Roberto Cosenza Centeno, and Aldo Nestor Marchena, to hold the Status Conference set for tomorrow telephonically.  The Court previously set an in-person Status Conference in the above-captioned matter for tomorrow, September 18, 2024, at 1 p.m.  One of the attorneys for the United States is unexpectedly unable to travel to the Status Conference in person due to a family health issue that arose today.  Counsel for the defendants in this matter consent to holding the Status Conference telephonically.

      WHEREFORE, the United States requests that the Court hold the Status Conference set for tomorrow, September 18, 2024, at 1 p.m., telephonically.

      Respectfully submitted,

| | |
|---|---|
| GLENN S. LEON | MARKENZY LAPOINTE |
| CHIEF, FRAUD SECTION | UNITED STATES ATTORNEY |
| CRIMINAL DIVISION | SOUTHERN DISTRICT OF FLORIDA |
| U.S. DEPARTMENT OF JUSTICE | |
| | |
| BY:   /s/ Peter L. Cooch_____ | BY:   /s/ Eli S. Rubin_____ |
| Peter L. Cooch | Eli S. Rubin |
| Shy Jackson | Assistant United States Attorney |
| Trial Attorneys | Court ID No. A5503535 |
| 1400 New York Avenue, NW | 99 N.E. 4th Street |
| Washington, DC 20005 | Miami, Florida 33132 |
| (202) 924-6259 | (305) 961-9247 |
| Email: Peter.Cooch@usdoj.gov | Email: Eli.Rubin@usdoj.gov |
| Email: Shy.Jackson2@usdoj.gov | |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 17, 2024, I electronically filed the foregoing with the Clerk of the Court using CM/ECF.

    /s/ Eli S. Rubin
Eli S. Rubin
Assistant United States Attorney