UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>23-20454-CR-BECERRA</u>

**UNITED STATES OF AMERICA**

vs.

**CARL ALAN ZAGLIN,
ALDO NESTOR MARCHENA,
FRANCISCO ROBERTO COSENZA CENTENO,**

      **Defendants.**
_____/

<u>**NOTICE OF APPEARANCE**</u>

  COMES NOW, the United States of America, by and through the undersigned Department of Justice Trial Attorney, hereby gives notice that Department of Justice Trial Attorney, Shalin Nohria, has been assigned to the above-captioned case.

            Respectfully submitted,

            GLENN S. LEON
            CHIEF, FRAUD SECTION
            CRIMINAL DIVISION
            DEPARTMENT OF JUSTICE

            <u>/s/ *Shalin Nohria*</u>
            Shalin Nohria
            Trial Attorney
            D.C. Bar 1644392
            Criminal Division, Fraud Section
            U.S. Department of Justice
            1400 New York Avenue, N.W.
            Washington, D.C. 20005
            Phone: (202) 355-5704
            Shalin.Nohria2@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that, on February 4, 2025, I electronically filed and served this document via CM/ECF.

/s/ *Shalin Nohria*
Shalin Nohria
Trial Attorney
D.C. Bar 1644392
Criminal Division, Fraud Section
U.S. Department of Justice
1400 New York Avenue, N.W.
Washington, D.C. 20005
Phone: (202) 355-5704
Shalin.Nohria2@usdoj.gov