UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20454-CR-BECERRA

UNITED STATES OF AMERICA

vs.

**CARL ALAN ZAGLIN,
ALDO NESTOR MARCHENA,
FRANCISCO ROBERTO COSENZA CENTENO,**

                      **Defendants.**
_____/

## STATUS REPORT

The United States of America, by and through its undersigned counsel, respectfully submits this status report per the Court's Order of February 18, 2025. Dkt. No. 109. This matter is undergoing priority review pursuant to the President's February 10, 2025, Executive Order (Exec. Order No. 14,209, 90 Fed. Reg. 9, 587 (Feb. 14, 2025)). The government will provide the Court with another update concerning the status of the review no later than March 18, 2025.

| | |
|---|---|
| GLENN S. LEON | HAYDEN P. O'BYRNE |
| CHIEF, FRAUD SECTION | UNITED STATES ATTORNEY |
| CRIMINAL DIVISION | SOUTHERN DISTRICT OF FLORIDA |
| U.S. DEPARTMENT OF JUSTICE | |

BY:   /s/ Peter L. Cooch                BY:   /s/ Eli S. Rubin

Peter L. Cooch
Shalin Nohria
Trial Attorneys
Court ID No. A5502804
1400 New York Avenue, NW
Washington, DC 20005
(202) 924-6259
Peter.Cooch@usdoj.gov

Eli S. Rubin
Assistant United States Attorney
Court ID No. A5503535
99 N.E. 4th Street
Miami, Florida 33132
(305) 961-9247
Eli.Rubin@usdoj.gov