**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-20454-CR-BECERRA**

**UNITED STATES OF AMERICA**

**vs.**

**CARL ALAN ZAGLIN,**
**ALDO NESTOR MARCHENA,**
**FRANCISCO ROBERTO COSENZA CENTENO,**

**Defendants.**
________________________________________/

**GOVERNMENT'S NOTICE OF AUTHORIZATION TO PROCEED**

The United States of America, by and through undersigned counsel, respectfully submits this Notice of Authorization to Proceed.

The United States hereby advises that the Government has completed its detailed review of the instant case as contemplated by Executive Order 14209, 90 Fed. Reg. 9587 (Feb. 10, 2025), and intends to proceed to trial.

Respectfully submitted,

LORINDA I. LARYEA

ACTING CHIEF, CRIMINAL DIVISION
FRAUD SECTION

By: /s/
Peter L. Cooch
Shalin Nohria
Trial Attorneys
Criminal Division, Fraud Section
U.S. Department of Justice
Court ID No. A5502804
1400 New York Ave. NW

HAYDEN P. O'BYRNE

UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA

By: /s/
Eli S. Rubin
Assistant United States Attorney
United States Attorney's Office
99 NE 4th Street
Miami, Florida 33133
Tel: (305) 961-9247
Email: eli.rubin@usdoj.gov

Washington, DC 20005
Tel: (202) 924-6259
Email: peter.cooch@usdoj.gov
Email: shalin.nohria2@usdoj.gov

Court ID No. A5503535