UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20454-CR-BECERRA

UNITED STATES OF AMERICA

vs.

CARL ALAN ZAGLIN,
ALDO NESTOR MARCHENA, and
FRANCISCO ROBERTO COSENZA CENTENO,

                Defendants.
_____/

### NOTICE OF APPEARANCE

The United States of America, through the undersigned Department of Justice, Criminal Division, Fraud Section attorney, respectfully submits this Notice of Appearance requesting that Trial Attorney Clayton Solomon be informed of all future filings in the above-captioned case.

                Respectfully submitted,

                LORINDA LARYEA
                ACTING CHIEF, FRAUD SECTION

By: _____
      Clayton Solomon
      Trial Attorney
      Court ID No. 72851
      1400 New York Avenue
      Washington, D.C. 20009
      Clayton.Solomon@usdoj.gov

2

**I HEREBY CERTIFY** that on June 2, 2025, I electronically filed the foregoing with the Clerk of the Court using CM/ECF.

                                                             /s/_____
                                                          Clayton Solomon