UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20454-CR-BECERRA

UNITED STATES OF AMERICA,

v.

CARL ALAN ZAGLIN,

    Defendant.
_____/

## WAIVER OF SPEEDY TRIAL

Defendant, **CARL ALAN ZAGLIN**, after having been advised by undersigned counsel and pursuant to 18 U.S.C. § 3161, does hereby waive his right to a speedy trial from August 11th, 2025 until September 2nd, 2025.

_____
CARL ALAN ZAGLIN

 

**Law Office of Robert M. Perez, P.A.**
*Counsel for Defendant*
3162 Commodore Plaza, Suite 3E
Coconut Grove, Florida 33133
(305) 598-8889 - Office
(305) 397-2733 - Facsimile
E-mail: rperez@rmplawpa.com

S/Robert M. Perez.................
**ROBERT M. PEREZ**
Florida Bar Number: 477494

1

## CERTIFICATE OF SERVICE

I HEREBY certify that on June 4, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

S/Robert M. Perez.................
ROBERT M. PEREZ