# MINUTE ORDER

Page 5

## Magistrate Judge Eduardo I. Sanchez

Atkins Building Courthouse - 6th Floor        Date: 7/24/25        Time: 2:00 p.m.

Defendant: Carlos Alan Zaglin et al,        J#: ____        Case #: 23-CR-20454-BECERRA
AUSA: Eli Rubin        Attorney: ____
Violation: Consp to Violate the Foreign Corrupt Practices Act. Violation of the Foreign Corrupt Practices Act. Consp to Commit Money laundering.        Surr/Arrest Date: ____    YOB: ____
Proceeding: Report RE: Appointment of Counsel        CJA Appt: Dustin Tischler, Esq.
Bond/PTD Held: ◯ Yes  ◯ No        Recommended Bond: ____
Bond Set at: ____        Co-signed by: ____

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
     Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ____
- ☐ Other: ____

Language: ____

Disposition:
- Witness speaks English
- Govt's prospective trial witness, Steven Ortiz, present
- The Court conducted a colloquy with Mr. Ortiz and finds the witness qualified for Court Appointed Counsel.
- CJA is Appointed

Time from today to ____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date: ____   Time: ____   Judge: ____   Place: ____
Report RE Counsel: ____
PTD/Bond Hearing: ____
Prelim/Arraign or Removal: ____
Status Conference RE: ____
D.A.R. 15:40:32        Time in Court: 7 Minutes

s/Eduardo I. Sanchez        Magistrate Judge