**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-20454-CR-BECERRA**

**UNITED STATES OF AMERICA**

**vs.**

**CARL ALAN ZAGLIN,**

**Defendant.**
_____/

**UNITED STATES' WITNESS LIST**

1. Bryan Berkman

2. Luis Berkman

3. Francisco Roberto Cosenza Centeno

4. Retired HSI Special Agent Ruben Fernandez

5. Scott Haygood

6. HSI Technical Enforcement Officer Brian Hixson

7. HSI Task Force Officer David Keyes

8. Aldo Nestor Marchena

9. Mackenzie Maschke

10. Brian Mclean

11. Michael Petron

12. Juan Ramon Molina Rodriguez

13. Keith Rosenn

14. HSI Special Agent Kevin Russell

15. Gabriela Salgado

1

16.     Loren Simpson

17.     American Airlines Records Custodian Donna Williams


LORINDA I. LARYEA                     JASON A. REDING QUIÑONES
ACTING CHIEF, FRAUD SECTION           UNITED STATES ATTORNEY
CRIMINAL DIVISION                     SOUTHERN DISTRICT OF FLORIDA
U.S. DEPARTMENT OF JUSTICE


BY:     /s/                           BY:     /s/
Peter L. Cooch                        Eli S. Rubin
Clayton Solomon                       Assistant United States Attorney
Trial Attorneys                       Court ID No. A5503535
1400 New York Avenue, NW              99 N.E. 4th Street
Washington, DC 20005                  Miami, Florida 33132
(202) 924-6259                        (305) 961-9247
Email: Peter.Cooch@usdoj.gov          Email: Eli.Rubin@usdoj.gov
Email: Clayton.Solomon@usdoj.gov