## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 23-20454-CR-BECERRA

**UNITED STATES OF AMERICA**

**vs.**

**CARL ALAN ZAGLIN,**
**ALDO NESTOR MARCHENA,**
**FRANCISCO ROBERTO COSENZA CENTENO,**

**Defendants.**
_____/

### DEFENDANT ZAGLIN'S
### EXHIBIT LIST

Defendant Carl Alan Zaglin respectfully files this Exhibit List, showing the Court and the

United States the documents which Defendant may seek to introduce into evidence during the trial

in this action. Defendant expressly reserves the right to mark additional documents, not listed

herein, for purposes of cross-examination, to be numbered beginning D300.

| Exhibit No. | Description | Bates Range / Other Source | Date Identified | Date Admitted |
|---|---|---|---|---|
| D1 | Email string with subject "Panama document Sign" | DOJ_SDFL_0000287336 | | |
| D2 | Email string with the subject "Guatemala" | DOJ_SDFL_0000051674 | | |
| D3 | Handwritten notes | DOJ_SDFL_0002995864-DOJ_SDFL_0002996045 | | |
| D4 | Email with subject "HN POLICE" and attachment | DOJ_SDFL_0000999051-DOJ_SDFL_0000999052 | | |
| D5 | Email string with the subject "Ruben contact info" | DOJ_SDFL_0000213036-DOJ_SDFL_0000213037 | | |
| D6 | Email string with the subject "Marel" | DOJ_SDFL_0003106209-DOJ_SDFL_0003106210 | | |
| D7 | Email with the subject "Honduras contract" | DOJ_SDFL_0000213013 | | |
| D8 | Email string with the subject "Honduras contract" | DOJ_SDFL_0000213006-DOJ_SDFL_0000213007 | | |

1

| D9 | Email string with the subject "Proposal" | DOJ_SDFL_0000212996-DOJ_SDFL_0000212997 | | |
|---|---|---|---|---|
| D10 | Email string with the subject "Proposal" | DOJ_SDFL_0000213884-DOJ_SDFL_0000213886 | | |
| D11 | Email string with the subject "Proposal" | DOJ_SDFL_0000212988-DOJ_SDFL_0000212990 | | |
| D12 | Email string with the subject "Proposal" | DOJ_SDFL_0000212985-DOJ_SDFL_0000212987 | | |
| D13 | Email string with the subject "Emailing: Copy of Honduras national police 3-30-15" and attachment | DOJ_SDFL_0000996803-DOJ_SDFL_0000996804 | | |
| D14 | Email with the subject "Honduran Contract – FY16" | DOJ_SDFL_0000404984-DOJ_SDFL_0000404985 | | |
| D15 | Email with the subject "TPG & Atlanco Meeting Notes" | DOJ_SDFL_0000214134-DOJ_SDFL_0000214135 | | |
| D16 | Email string with the subject "TPG & Atlanco Meeting Notes" | DOJ_SDFL_0000212983-DOJ_SDFL_0000212984 | | |
| D17 | Email with the subject "Honduran Contract - FY16" | DOJ_SDFL_0000212975 | | |
| D18 | Email string with the subject "Honduran Contract - FY16" | DOJ_SDFL_0000212973-DOJ_SDFL_0000212974 | | |
| D19 | Email string with the subject "Conference Cail Follow Up" and attachment | DOJ_SDFL_0000051966-DOJ_SDFL_0000051967 | | |
| D20 | Email string with the subject "Conference Call Follow Up" and attachment | DOJ_SDFL_0000987215 | | |
| D21 | Email string with the subject "Honduran Contract - FY16" | DOJ_SDFL_0000212942-DOJ_SDFL_0000212943 | | |
| D22 | Email string with the subject "Honduras National Police meeting" | DOJ_SDFL_0000999492 | | |
| D23 | Email with the subject "Honduras Uniform Meeting AAR" and attachments | DOJ_SDFL_0000212928-DOJ_SDFL_0000212937 | | |
| D24 | Email with the subject "BD TPG Honduras Project 5-1-2015.xlsx"and attachment | DOJ_SDFL_0000994087-DOJ_SDFL_0000994088 | | |

| | | | | |
|---|---|---|---|---|
| D25 | Email with the subject "HN Flow Chart" and attachment | DOJ_SDFL_0003106211-DOJ_SDFL_0003106212 | | |
| D26 | Email string with the subject "Honduras Contract" | CZ01336-CZ01337 | | |
| D27 | Email string with the subject "Honduras payments" | DOJ_SDFL_0000212924 | | |
| D28 | Email with the subject "Please review" | DOJ_SDFL_0003106213 | | |
| D29 | Email string with the subject "Please review" | DOJ_SDFL_0003106214 | | |
| D30 | Email string with the subject "Please review" | DOJ_SDFL_0003106215 | | |
| D31 | Email with the subject "Contract re: Honduran Government" and attachment | DOJ_SDFL_0003106217-DOJ_SDFL_0003106219 | | |
| D32 | Email string with the subject "Contract re: Honduran Government" and attachment | DOJ_SDFL_0001837208-DOJ_SDFL_0001837211 | | |
| D33 | Email string with the subject "Conference Call Follow Up" and attachment | DOJ_SDFL_0001837187-DOJ_SDFL_0001837188 | | |
| D34 | Email string with the subject "Honduras" | DOJ_SDFL_0000986546 | | |
| D35 | Email string with the subject "Conference Call Follow Up" | DOJ_SDFL_0001837148-DOJ_SDFL_0001837149 | | |
| D36 | Email string with the subject "Final Numbers" | DOJ_SDFL_0000212885 | | |
| D37 | Email string with the subject "Honduras" | DOJ_SDFL_0000212882-DOJ_SDFL_0000212884 | | |
| D38 | Email string with the subject "Honduras" | DOJ_SDFL_0000212881 | | |
| D39 | Email string with the subject "Contract re Honduran Government" | CZ01350-CZ01352 | | |
| D40 | Email string with the subject "Contract re: Honduran Government" | DOJ_SDFL_0003106226-DOJ_SDFL_0003106228 | | |
| D41 | Email string with the subject "Jaime's info" | DOJ_SDFL_0003106229-DOJ_SDFL_0003106230 | | |

| | | | | |
|---|---|---|---|---|
| D42 | Email string with the subject "Bank account in HN" | DOJ_SDFL_0000212855-DOJ_SDFL_0000212856 | | |
| D43 | Email with the subject "Contract re: Honduran Government" | DOJ_SDFL_0001837061-DOJ_SDFL_0001837063 | | |
| D44 | Email string with the subject "Contract re: Honduran Government" | DOJ_SDFL_0003106233-DOJ_SDFL_0003106237 | | |
| D45 | Email with the subject "Honduras Trip" | DOJ_SDFL_0000404873 | | |
| D46 | Email string with the subject "Honduras Trip" | DOJ_SDFL_0000404893-DOJ_SDFL_0000404894 | | |
| D47 | Email with subject "Honduras contract" | CZ01394 | | |
| D48 | Email string with the subject "Honduras Contract" | DOJ_SDFL_0003106238-DOJ_SDFL_0003106239 | | |
| D49 | Email with the subject "Honduras Contract" | DOJ_SDFL_0000983909 | | |
| D50 | Email string with the subject "Contract re Honduran Government" | DOJ_SDFL_0003106240-DOJ_SDFL_0003106243 | | |
| D51 | Email string with the subject Honduras Contract" and attachments | CZ00052-CZ00073 | | |
| D52 | Email string with the subject Honduras Contract" and attachment | DOJ_SDFL_0003106271-DOJ_SDFL_0003106277 | | |
| D53 | Email string with the subject Honduras Contract" | DOJ_SDFL_0000986295-DOJ_SDFL_0000986296 | | |
| D54 | Email string with the subject Honduras Contract" | DOJ_SDFL_0003106278-DOJ_SDFL_0003106283 | | |
| D55 | Email string with the subject Honduras Contract" | DOJ_SDFL_0003106284-DOJ_SDFL_0003106290 | | |
| D56 | Email with the subject "Honduras Contract" and attachment | DOJ_SDFL_0000988716-DOJ_SDFL_0000988717 | | |
| D57 | Email string with the subject "Honduras Contract" | CZ01428-CZ01434 | | |
| D58 | Email string with the subject "Honduras Contract" | CZ01435-CZ01442 | | |
| D59 | Email string with the subject Honduras Contract" | DOJ_SDFL_0003106292-DOJ_SDFL_0003106295 | | |

| | | | | |
|---|---|---|---|---|
| D60 | Email string with the subject "Honduras Contract" | DOJ_SDFL_0003106296-DOJ_SDFL_0003106303 | | |
| D61 | Email string with the subject "Atlanco-TPG Honduras Payment Waterfall – 6.19.xlsx" and attachment | DOJ_SDFL_0000212842-DOJ_SDFL_0000212844 | | |
| D62 | Email string with the subject "Honduras Contract" | DOJ_SDFL_0003106304-DOJ_SDFL_0003106311 | | |
| D63 | Email string with the subject "Atlanco-TPG Honduras Payment Waterfall – 6.19.xlsx" | DOJ_SDFL_0000983509-DOJ_SDFL_0000983510 | | |
| D64 | Email string with the subject "Atlanco-TPG Honduras Payment Waterfall – 6.19.xlsx" | DOJ_SDFL_0001837375 | | |
| D65 | Email string with the subject "Atlanco-TPG Honduras Payment Waterfall – 6.19.xlsx" | DOJ_SDFL_0003106312-DOJ_SDFL_0003106314 | | |
| D66 | Email string with the subject "Atlanco-TPG Honduras Payment Waterfall – 6.19.xlsx" | DOJ_SDFL_0000212839-DOJ_SDFL_0000212839 | | |
| D67 | Email string with the subject "Bank account in HN" | DOJ_SDFL_0000212855-DOJ_SDFL_0000212856 | | |
| D68 | Email with the subject "Bond Questions" | DOJ_SDFL_0000994009 | | |
| D69 | Email string with the subject "Congrats" | DOJ_SDFL_0000213844 | | |
| D70 | Email string with the subject "Honduras: National Police Contract and Annex" | DOJ_SDFL_0003106343-DOJ_SDFL_0003106345 | | |
| D71 | Email string with the subject "Contract Signing" | DOJ_SDFL_0000212810 | | |
| D72 | Email string with the subject "Contract Questions" | DOJ_SDFL_0003106346-DOJ_SDFL_0003106347 | | |
| D73 | Email string with the subject "Honduras Statement" and attachment | DOJ_SDFL_0000212825-DOJ_SDFL_0000212826 | | |

| D74 | Email string with the subject "Honduras Statement" | DOJ_SDFL_0000212804 | | |
| D75 | Email string with the subject "Honduras Statement" | DOJ_SDFL_0000993435-DOJ_SDFL_0000993438 | | |
| D76 | Email string with the subject "Bank Bonds" | DOJ_SDFL_0000289641 | | |
| D77 | Email string with the subject "Honduras Statement" | DOJ_SDFL_0000992170-DOJ_SDFL_0000992173 | | |
| D78 | Email string with the subject "Honduras Statement" | DOJ_SDFL_0000287043-DOJ_SDFL_0000287046 | | |
| D79 | Email with the subject "Atlanco/TPG Revised Waterfall" and attachment | DOJ_SDFL_0001837102-DOJ_SDFL_0001837104 | | |
| D80 | Email string with the subject "Atlanco/TPG Revised Waterfall" and attachment | DOJ_SDFL_0001837494-DOJ_SDFL_0001837497 | | |
| D81 | Email string with the subject "Atlanco/TPG Revised Waterfall" | DOJ_SDFL_0003106348-DOJ_SDFL_0003106349 | | |
| D82 | Email string with the subject "Honduras National Police/TASA Contract" | DOJ_SDFL_0003106351-DOJ_SDFL_0003106353 | | |
| D83 | Email string with the subject "HNP Contract Payment" | DOJ_SDFL_0000212799-DOJ_SDFL_0000212800 | | |
| D84 | Email string with the subject "HNP Contract Payment" | DOJ_SDFL_0000212797-DOJ_SDFL_0000212798 | | |
| D85 | Email with the subject "PROFF RECEIPT BANK GUARANTEE" and attachment. | DOJ_SDFL_0003106354-DOJ_SDFL_0003106355 | | |
| D86 | Email with the subject "Tasa HN. | DOJ_SDFL_0000982318 | | |
| D87 | Email with the subject "NEW CONTRACT – URGENT" and attachments | DOJ_SDFL_0000212787-DOJ_SDFL_0000212788 | | |
| D88 | Email string with the subject "NEW CONTRACT – URGENT" | DOJ_SDFL_0000212792-DOJ_SDFL_0000212794 | | |

| | | | | |
|---|---|---|---|---|
| D89 | Email string with the subject "NEW CONTRACT – URGENT" and attachments | DOJ_SDFL_0000212944-DOJ_SDFL_0000212944 | | |
| D90 | Email with the subject "NEW CONTRACT – URGENT" | DOJ_SDFL_0003106356-DOJ_SDFL_0003106359 | | |
| D91 | Email with the subject "NEW CONTRACT – URGENT" | DOJ_SDFL_0000212777-DOJ_SDFL_0000212780 | | |
| D92 | Email with the subject "Honduran Contract (Small) docs" and attachment | DOJ_SDFL_0000212781-DOJ_SDFL_0000212782 | | |
| D93 | Email string with the subject "Honduran Contract (Small) docs" | DOJ_SDFL_0003106363-DOJ_SDFL_0003106364 | | |
| D94 | Email with the subject "TASA - Bonds" and attachment | DOJ_SDFL_0000988929 | | |
| D95 | Email with the subject "TASA - Bonds" | DOJ_SDFL_0000982569 | | |
| D96 | Email string with the subject "Revised Bond" and attachment | DOJ_SDFL_0003106383-DOJ_SDFL_0003106385 | | |
| D97 | Wire Transfer Request form | DOJ_SDFL_0000051657 | | |
| D98 | Wells Fargo wire transfer information | DOJ_SDFL_0000051657 | | |
| D99 | Email string with the subject "Trademark Registrations - Urgent" | DOJ_SDFL_0000286930-DOJ_SDFL_0000286932 | | |
| D100 | Email string with the subject "Modificaciones al Contrato" | CZ01583-CZ01585 | | |
| D101 | Email string with the subject "Addendum to ATLANCO LLC Contract" | DOJ_SDFL_0003106388 | | |
| D102 | Email string with the subject "Adenda a Contrato ATLANCO LLC" | DOJ_SDFL_0000285248-DOJ_SDFL_0000285250 | | |
| D103 | Email with the subject "Adenda a Contrato ATLANCO LLC" | DOJ_SDFL_0001837169 | | |
| D104 | Email string with the subject "Honduras Updater" | DOJ_SDFL_0001837774 | | |

| | | | | |
|---|---|---|---|---|
| D105 | Email with the subject "Bryan Berkman" | DOJ_SDFL_ 0000212747 | | |
| D106 | Email with the subject "Bryan Berkman" | DOJ_SDFL_0000218754 | | |
| D107 | Email string with the subject "Bryan Berkman" | DOJ_SDFL_0000219433 | | |
| D108 | Email with subject "http://achievecap.com/" | DOJ_SDFL_0001158261 | | |
| D109 | Email with the subject "This is something that Scott printed for me to review" and attachment | DOJ_SDFL_0003106393- DOJ_SDFL_0003106403 | | |
| D110 | Email with the subject "Here is a link" | DOJ_SDFL_0003106404 | | |
| D111 | Email with the subject "Question" | DOJ_SDFL_0003106406 | | |
| D112 | Email string with the subject "Question" | DOJ_SDFL_0003106408 | | |
| D113 | Email with the subject "Mica dos your database include any information about" | DOJ_SDFL_0003106411 | | |
| D114 | Email string with the subject "while I am waiting for the library guy" and attachment | DOJ_SDFL_0003106412- DOJ_SDFL_0003106419 | | |
| D115 | Email string with the subject "Achieve Capital – AML Policy" and attachment | DOJ_SDFL_0000993670- DOJ_SDFL_0000993732 | | |
| D116 | Email string with the subject "Achieve Capital – AML Policy" and attachment | DOJ_SDFL_0000054316- DOJ_SDFL_0000054378 | | |
| D117 | Email string with the subject "From James Kane in the Atlanta Office 9-2- 15" and attachments | DOJ_SDFL_0003106420- DOJ_SDFL_0003106486 | | |
| D118 | Email string with the subject "FCPA Questions" and attachments | DOJ_SDFL_0003106495- DOJ_SDFL_0003106560 | | |
| D119 | Email string with the subject "FCPA Questions" and attachments | CZ02755-CZ02820 | | |
| D120 | Handwritten notes | DOJ_SDFL_0003107512- DOJ_SDFL_0003107515 | | |

| D121 | Email with the subject "Here is Jim Eisenhower's email address" | DOJ_SDFL_0003106562 | | |
| D122 | Email string with the subject "Atlanco – Honduras contract review" and attachments | CZ02821- CZ02843 | | |
| D123 | Email string with the subject "Atlanco – Honduras contract review" | DOJ_SDFL_0003106565-DOJ_SDFL_0003106567 | | |
| D124 | Email string with the subject "Here is Jim Eisenhower's email address" | DOJ_SDFL_0003106571-DOJ_SDFL_0003106572 | | |
| D125 | Email string with the subject" James Eisenhower – Contact Information" and attachment | CZ01691-CZ01692 | | |
| D126 | Email string with the subject "Honduras National Police" | DOJ_SDFL_0000213499-DOJ_SDFL_0000213502 | | |
| D127 | Email string with the subject "Atlanco – Honduras contract review" | DOJ_SDFL_0003106573-DOJ_SDFL_0003106575 | | |
| D128 | Email with the subject "Scott" | DOJ_SDFL_0003106577 | | |
| D129 | Email string with the subject "Atlanco – Honduras contract review" and attachment | DOJ_SDFL_0003106578-DOJ_SDFL_0003106578 | | |
| D130 | Email string with the subject "Atlanco – Honduras contract review" and attachments | DOJ_SDFL_0003106597-DOJ_SDFL_0003106634 | | |
| D131 | Email string with the subject "Soicitud factura proforma" | DOJ_SDFL_0000213503-DOJ_SDFL_0000213507 | | |
| D132 | Email with the subject "Meeting in Miami" | DOJ_SDFL_0000212267 | | |
| D133 | Email string with the subject "Meeting in Miami" | DOJ_SDFL_0000212488-DOJ_SDFL_0000212489 | | |
| D134 | Email string with the subject "Atlanco - Honduras contract review" and attachment | DOJ_SDFL_0000762170-DOJ_SDFL_0000762176 | | |

| | | | | |
|---|---|---|---|---|
| D135 | Email string with the subject "Atlanco – Honduras contract review" | DOJ SDFL 0003106654-DOJ SDFL 0003106660 | | |
| D136 | Email string with the subject "Atlanco – Honduras contract review" | DOJ SDFL 0003106661-DOJ SDFL 0003106667 | | |
| D137 | Email string with the subject "Atlanco – Honduras contract review" | DOJ SDFL 0003106668-DOJ SDFL 0003106675 | | |
| D138 | Email string with the subject "Atlanco – Honduras contract review" | DOJ SDFL 0003106676-DOJ SDFL 0003106683 | | |
| D139 | Email string with the subject "update" | DOJ_SDFL_0000288717 | | |
| D140 | Email with the subject "General Information" and attachment | DOJ SDFL 0003106686-DOJ SDFL 0003106747 | | |
| D141 | Email string with the subject "General Information" and attachment | DOJ SDFL 0003106749 | | |
| D142 | Email string with the subject "Meeting in Miami" | DOJ_SDFL_0000762133 | | |
| D143 | Email string with the subject "Meeting in Miami" | DOJ_SDFL_0000212274 | | |
| D144 | Email string with the subject "update" | DOJ_SDFL_0003107509 | | |
| D145 | Email string with the subject "Atlanco – Honduras contract review" | DOJ SDFL 0003106752-DOJ SDFL 0003106759 | | |
| D146 | Email string with the subject "Atlanco – Honduras contract review" and attachment | CZ02844- CZ02861 | | |
| D147 | Email string with the subject "Atlanco – Honduras contract review" and attachment | DOJ_SDFL_0003106769-DOJ_SDFL_0003106799 | | |
| D148 | Email string with the subject "Meeting in Miami" | DOJ_SDFL_0000762131 | | |
| D149 | Email string with the subject "Meeting in Miami" | DOJ_SDFL_0000762129 | | |
| D150 | Email string with the subject "Meeting in Miami" | DOJ_SDFL_0000212490-DOJ_SDFL_0000212492 | | |

| | | | | |
|---|---|---|---|---|
| D151 | Email string with subject "Achieve GEA - Broker Agreement" and attachment | DOJ_SDFL_0000212303-DOJ_SDFL_0000212307 | | |
| D152 | Email string with subject "Broker Agreement Achieve GEA Draft 09.17.2015-JMK-first Version.docx" and attachment | DOJ_SDFL_0003106802-DOJ_SDFL_0003106804 | | |
| D153 | Email string with subject "Achieve GEA - Broker Agreement" | DOJ_SDFL_0000212475 | | |
| D154 | Email string with subject "Broker Agreement Achieve GEA Draft 09.17.2015-JMK-first Version.docx" | DOJ_SDFL_0003106805 | | |
| D155 | Email string with subject "Broker Agreement Achieve GEA Draft 09.17.2015-JMK-first Version.docx" | DOJ_SDFL_0003106806 | | |
| D156 | Email with subject "Contract" | DOJ_SDFL_0003106807 | | |
| D157 | Email with the subject "Draft Memorandum + Latest Waterfall" and attachments | DOJ_SDFL_0001838840-DOJ_SDFL_0001838842 | | |
| D158 | Email string with the subject "Draft Memorandum + Latest Waterfall" and attachments | DOJ_SDFL_0000407815-DOJ_SDFL_0000407819 | | |
| D159 | Email string with the subject "here is the draft we discussed based on what you and I have discussed" and attachment | DOJ_SDFL_0001836581-DOJ_SDFL_0001836583 | | |
| D160 | Email with the subject "09-21-2015 Broker Agreement Achieve GEA Draft.docx" and attachment | CZ01332-CZ01335 | | |
| D161 | Email string with the subject "09-21-2015 Broker Agreement Achieve GEA Draft.docx" | DOJ_SDFL_0003106808 | | |

| | | | | |
|---|---|---|---|---|
| D162 | Email string with the subject "09-21-2015 Broker Agreement Achieve GEA Draft.docx" and attachments | CZ02862-CZ02865 | | |
| D163 | Email string with the subject "09-21-2015 Broker Agreement Achieve GEA Draft.docx" | DOJ_SDFL_0003106810 | | |
| D164 | Email with the subject "09-21-2015 Broker Agreement Achieve GEA Draft (3)" and attachment | CZ02866-CZ02868 | | |
| D165 | Email with the subject "here is the draft we discussed based on what you and I have discussed" and attachment | CZ02869-CZ02871 | | |
| D166 | Email string with the subject "here is the draft we discussed based on what you and I have discussed" | DOJ_SDFL_0000288491-DOJ_SDFL_0000288492 | | |
| D167 | Email with the subject "Philadelphia" | DOJ_SDFL_0003106829 | | |
| D168 | Email with the subject "Philadelphia" | DOJ_SDFL_0003106830 | | |
| D169 | Email with the subject "Atlanco" | DOJ_SDFL_0003106831 | | |
| D170 | Email string with the subject "Philadelphia" | DOJ_SDFL_0003106832 | | |
| D171 | Email with the subject "Contract" | DOJ_SDFL_0000051713 | | |
| D172 | Email with the subject "Atlanco-TPG Honduras Payment Waterfall - 8.14.15.xlsx" and attachment | DOJ_SDFL_0001837776-DOJ_SDFL_0001837777 | | |
| D173 | Email string with subject "Contract" | DOJ_SDFL_0003106833 | | |
| D174 | Email string with subject "Contract" | DOJ_SDFL_0003106834-DOJ_SDFL_0003106835 | | |
| D175 | Email string with the subject" here is the draft we discussed based on what you and I have discussed" and attachments | CZ01704 | | |

| | | | | |
|---|---|---|---|---|
| D176 | Email string with subject "here is the draft we discussed based on what you and I have discussed" | DOJ_SDFL_0003106838-DOJ_SDFL_0003106839 | | |
| D177 | Email string with subject "09-21-2015 Broker Agreement Achieve GEA Draft (3)" | CZ02872- CZ02875 | | |
| D178 | Email with the subject "Broker agreement 10-6-15.pdf" and attachment | DOJ_SDFL_0003106840-DOJ_SDFL_0003106842 | | |
| D179 | Email string with the subject "Broker agreement 10-6-15 Word file" and attachments | CZ02876-CZ02879 | | |
| D180 | Email string with the subject "Broker agreement 10-6-15 Word file" and attachments | CZ02880-CZ02883 | | |
| D181 | Email with the subject "Corrected pdf Broker Agreement from Kane 10-6-15 pdf" and attachment | DOJ_SDFL_0003106849-DOJ_SDFL_0003106851 | | |
| D182 | Email with subject "10.06.2015 Agreement Final. Docx" and attachment | DOJ_SDFL_0000212320-DOJ_SDFL_0000212322 | | |
| D183 | Email string with subject "10.06.2015 Agreement Final. Docx" | DOJ_SDFL_0003106855 | | |
| D184 | Email with subject "FINAL CORRECTED 10.06.2015 Agreement Final" and attachment | DOJ_SDFL_0003106856-DOJ_SDFL_0003106858 | | |
| D185 | Email with subject "Corrected Broker Agreement 10-6-15 Word" and attachment | DOJ_SDFL_0003106863-DOJ_SDFL_0003106865 | | |
| D186 | Email with the subject "Contract" and attachment | DOJ_SDFL_0000212317-DOJ_SDFL_0000212318 | | |
| D187 | Email string with subject "Corrected Broker Agreement 10-6-15 Word" and attachments | CZ02884-CZ02887 | | |

| | | | | |
|---|---|---|---|---|
| D188 | Email string with subject "Corrected Broker Agreement 10-6-15 Word" | DOJ_SDFL_0003106868-DOJ_SDFL_0003106869 | | |
| D189 | Email string with subject "Corrected Broker Agreement 10-6-15 Word" | DOJ_SDFL_0003106870-DOJ_SDFL_0003106871 | | |
| D190 | Email string with the subject "Contract" and attachment | DOJ_SDFL_0000212323-DOJ_SDFL_0000212325 | | |
| D191 | Email string with subject "Corrected Broker Agreement 10-6-15 Word" | DOJ_SDFL_0003106872-DOJ_SDFL_0003106874 | | |
| D192 | Email string with the subject "Contract" and attachment | DOJ_SDFL_0000212466-DOJ_SDFL_0000212471 | | |
| D193 | Email with subject "Distributor contract" | DOJ_SDFL_0003106875 | | |
| D194 | Email string with subject "Distributor contract" | DOJ_SDFL_0003106877 | | |
| D195 | Email string with the subject "Delta Tactical – Panama -6.17.15" and attachment | DOJ_SDFL_0003106878-DOJ_SDFL_0003106896 | | |
| D196 | Email string with the subject "Delta Tactical – Panama -6.17.15" | DOJ_SDFL_0003106897-DOJ_SDFL_0003106898 | | |
| D197 | Email string with the subject "Delta Tactical – Panama -6.17.15" | DOJ_SDFL_0003106899-DOJ_SDFL_0003106900 | | |
| D198 | Email with the subject "our Distributor agreement" | DOJ_SDFL_0003106901-DOJ_SDFL_0003106902 | | |
| D199 | Email with subject "update re status from James Kane" | CZ01712-CZ01713 | | |
| D200 | Email string with the subject "update re status from James Kane" | DOJ_SDFL_0003106904-DOJ_SDFL_0003106905 | | |
| D201 | Email string with the subject "Delta Tactical – Panama -6.17.15" | DOJ_SDFL_0003106906-DOJ_SDFL_0003106907 | | |
| D202 | Document with the subject "Documenting Facts and Circumstances surrounding the TASA contract" | DOJ_SDFL_0000219957 | | |
| D203 | Email string with the subject "Can you call me for a couple quick | DOJ_SDFL_0003106908-DOJ_SDFL_0003106909 | | |

| | | | | |
|---|---|---|---|---|
| | questions. James (404) 658-5422" | | | |
| D204 | Email with the subject "Kane email re Distributor Agreement 10-29-15" and attachment | DOJ_SDFL_0003106910-DOJ_SDFL_0003106924 | | |
| D205 | Email string with the subject "Kane email re Distributor Agreement 10-29-15" | DOJ_SDFL_0003106925-DOJ_SDFL_0003106926 | | |
| D206 | Email with the subject "ATLANCO redline draft Distributor Agreement from Kane 10-29-15" and attachments | CZ02888-CZ02914 | | |
| D207 | Email string with the subject "International distributor agreement" | DOJ_SDFL_0003106930 | | |
| D208 | Email with the subject "FC PA" | DOJ_SDFL_0003106931-DOJ_SDFL_0003106932 | | |
| D209 | Email with the subject "Google policy manual I found" and attachments | CZ02915-CZ02968 | | |
| D210 | Email with the subject "Atlanco-TPG Honduras Payment Waterfall - 8.14.15.xlsx" and attachment | DOJ_SDFL_0001838915-DOJ_SDFL_0001838916 | | |
| D211 | Email string with the subject "ACTA DE TERCERA ENTREGA DE UNIFORMES FATIGA POLICIA NACIONAL HONDURAS" | DOJ_SDFL_0000214295-DOJ_SDFL_0000214296 | | |
| D212 | Email string with the subject "ACTA DE TERCERA ENTREGA DE UNIFORMES FATIGA POLICIA NACIONAL HONDURAS" | DOJ_SDFL_0000214293-DOJ_SDFL_0000214294 | | |
| D213 | Email with the subject "HNP Contract" | DOJ_SDFL_0000054419 | | |
| D214 | Email string with the subject "HNP Contract" | DOJ_SDFL_0000214299-DOJ_SDFL_0000214300 | | |
| D215 | Email string with the subject "HNP Contract" | DOJ_SDFL_0000214391-DOJ_SDFL_0000214393 | | |

| | | | | |
|---|---|---|---|---|
| D216 | Email string with the subject "HNP Contract" and attachments | CZ02969-CZ02975 | | |
| D217 | Email with the subject "TASA/Honduras/Contacts" and attachment | DOJ_SDFL_0000051996-DOJ_SDFL_0000051997 | | |
| D218 | Email string with the subject "Factura para tramite de pago" | CZ01832-CZ01836 | | |
| D219 | Email string with the subject "Atlanco – Catch up" | DOJ_SDFL_0003106990 | | |
| D220 | Email with the subject "FCPA policy manual I found" and attachments | CZ02976-CZ03029 | | |
| D221 | Email string with the subject "HNP" | DOJ_SDFL_0000407729 | | |
| D222 | Email string with the subject "HNP" | DOJ_SDFL_0000407711 | | |
| D223 | Email with the subject "HNP p/u Boots and SF belts" | DOJ_SDFL_0000404553 | | |
| D224 | Email string with the subject "HNP Contract" | DOJ_SDFL_0003107044-DOJ_SDFL_0003107045 | | |
| D225 | Email with the subject "HNP - Confirming our understanding" | DOJ_SDFL_0003107046-DOJ_SDFL_0003107047 | | |
| D226 | Email string with the subject "HNP - Confirming our understanding" | CZ01932-CZ01934 | | |
| D227 | Email string with the subject "Letter dated January 28, 2016" | DOJ_SDFL_0000053225 | | |
| D228 | Correspondence from Atlanco | DOJ_SDFL_0000051948 | | |
| D229 | Email string with the subject "Issues with Account" | DOJ_SDFL_0000212620 | | |
| D230 | Email string with the subject "Issues with Account" | DOJ_SDFL_0000212610 | | |
| D231 | Email string with the subject "Issues with Account" | DOJ_SDFL_0000212351 | | |

| D232 | Email string with the subject "Video Call Wire Confirmation" | DOJ_SDFL_0001837201 | | |
| D233 | Email string with the subject "Video Call Wire Confirmation" | DOJ_SDFL_0001837197 | | |
| D234 | Text string | DOJ_SDFL_0003107066-DOJ_SDFL_0003107090 | | |
| D235 | Email with the subject "HNP Contract" | CZ02015 | | |
| D236 | Email string with the subject "HNP Contract" | CZ02016-CZ02017 | | |
| D237 | Email string with the subject "HNP Contract" | DOJ_SDFL_0003107050-DOJ_SDFL_0003107051 | | |
| D238 | Email string with the subject "HNP Contract" | CZ02022-CZ02025 | | |
| D239 | Email string with the subject "HNP Contract" | CZ02018-CZ02021 | | |
| D240 | Email string with the subject "Borrador de Contrato definitivo" and attachment | CZ02026-CZ02042 | | |
| D241 | Email string with the subject "Borrador de Contrato definitivo" and attachment | CZ02043-CZ02059 | | |
| D242 | Email string with subject "HNP Contract" | CZ03030-CZ03049 | | |
| D243 | Email string with subject "HNP Contract" | CZ02072-CZ02075 | | |
| D244 | Email string with subject "HNP Contract" | CZ02076-CZ02078 | | |
| D245 | Email string with the subject "Borrador de Contrato definitive" | CZ02091-CZ02093 | | |
| D246 | Email string with the subject "Borrador de Contrato definitive" | CZ02094-CZ02097 | | |
| D247 | Email string with the subject "Borrador de Contrato definitive" | CZ02112-CZ02118 | | |
| D248 | Email string with the subject "Borrador de Contrato definitive" | CZ02139-CZ02145 | | |

| | | | | |
|---|---|---|---|---|
| D249 | Email string with the subject "CONTRATO UNIFORMES" | CZ02153-CZ02155 | | |
| D250 | Email string with the subject "CONTRATO UNIFORMES" | CZ02159-CZ02162 | | |
| D251 | Email string with the subject "CONTRATO UNIFORMES" | CZ02163-CZ02167 | | |
| D252 | Email string with the subject "Bond timing" | CZ02199-CZ02202 | | |
| D253 | Email string with the subject "Bond timing" | CZ02195-CZ02198 | | |
| D254 | Email string with the subject "CONTRATO UNIFORMES" and attachments | CZ03050-CZ03083 | | |
| D255 | Email string with the subject "CONTRATO UNIFORMES" | CZ02244-CZ02246 | | |
| D256 | Email string with the subject "CONTRATO UNIFORMES" and attachment | CZ02251-CZ02270 | | |
| D257 | Email with the subject "TASA/HNP" | CZ02289 | | |
| D258 | Email string with the subject "Atlanco - Bond Issuance" | DOJ SDFL 0003107057 | | |
| D259 | Email string with the subject "Atlanco - Bond Issuance" | DOJ SDFL 0003107059-DOJ SDFL 0003107060 | | |
| D260 | Email string with the subject "Adquisición de uniformes Policía Nacional" | CZ02299 | | |
| D261 | Email string with the subject "Adquisición de uniformes Policía Nacional" | CZ02300-CZ02301 | | |
| D262 | Email string with the subject "Adquisición de uniformes Policía Nacional" | CZ02315- CZ02317 | | |
| D263 | Email string with the subject "Fianzas o pólizas" | CZ02333-CZ02335 | | |

| D264 | Email string with the subject "Atlanco - HNP" | CZ02336-CZ02339 | | |
| D265 | Email string with the subject "Atlanco - HNP" | CZ02348-CZ02351 | | |
| D266 | Email string with the subject "Atlanco - HNP" | CZ02361-CZ02365 | | |
| D267 | Email string with the subject "Atlanco - HNP" | CZ02371-CZ02376 | | |
| D268 | Email string with the subject "Atlanco - HNP" | CZ02377-CZ02382 | | |
| D269 | Email string with the subject "Atlanco - HNP" | CZ02391-CZ02397 | | |
| D270 | Email string with the subject "Bank WT information" | DOJ_SDFL_0000216552-DOJ_SDFL_0000216553 | | |
| D271 | Email string with the subject "HNP/TASA Contract - Advance Bond" | CZ02409-CZ02410 | | |
| D272 | Email string with the subject "HNP/TASA Contract - Advance Bond" | CZ02416-CZ02419 | | |
| D273 | Email string with the subject "HNP/TASA Contract - Advance Bond" | CZ02461-CZ02463 | | |
| D274 | Email string with the subject "TASA HNP contract" | DOJ SDFL 0003107061-DOJ SDFL 0003107064 | | |
| D275 | Email with subject "Government programs" | DOJ_SDFL_0000053063 | | |
| D276 | Email with the subject "TASA Shipments" | DOJ_SDFL_0000401471-DOJ_SDFL_0000401472 | | |
| D277 | Email with the subject "TASA Shipments" | DOJ_SDFL_0000247393-DOJ_SDFL_0000247396 | | |
| D278 | Email string with the subject "Revision 745pm 05162019.docx" and attachments | DOJ_SDFL_0000285984-DOJ_SDFL_0000285990 | | |
| D279 | Email string with the subject "Revision 745pm 05162019.docx" | DOJ_SDFL_0000053563-DOJ_SDFL_0000053564 | | |
| D280 | Email with the subject "Recap" | DOJ_SDFL_0000053581 | | |
| D281 | Email string with the subject "Presentations for Honduras" | DOJ_SDFL_0000052946-DOJ_SDFL_0000052947 | | |

| D282 | Email with the subject "Presentation of TRU-SPEC in Honduras" | DOJ_SDFL_0000214086 | | |
|---|---|---|---|---|
| D283 | Email with the subject "Presentation of TRU-SPEC in Honduras" | DOJ_SDFL_0000759150 | | |
| D284 | Email string with subject "Letter of Introduction - Honduras" | DOJ_SDFL_0000410473-DOJ_SDFL_0000410475 | | |
| D285 | Email string with subject "Binders for Presentation in Honduras" and attachments | DOJ_SDFL_0000214199-DOJ_SDFL_0000214201 | | |
| D286 | Email string with subject "Request for final pricing from HONDURAS" | DOJ_SDFL_0000733625-DOJ_SDFL_0000733626 | | |
| D287 | Email string with subject "Request for final pricing from HONDURAS" | DOJ_SDFL_0000227774 | | |
| D288 | Email string with subject "Request for final pricing from HONDURAS" | DOJ_SDFL_0000213140-DOJ_SDFL_0000213142 | | |
| D289 | Email string with subject "Honduras Contract opportunity" and attachments | DOJ_SDFL_0000733263-DOJ_SDFL_0000733273 | | |
| D290 | Email string with subject "HONDURAS / HNP TASA" and attachments | DOJ_SDFL_0000482956-DOJ_SDFL_0000482958 | | |
| D291 | Email string with subject "HONDURAS / HNP TASA" and attachments | DOJ_SDFL_0000757350-DOJ_SDFL_0000757352 | | |
| D292 | Email string with subject "Delegation of Honduras" | DOJ_SDFL_0000213096-DOJ_SDFL_0000213099 | | |
| D293 | Email | DOJ_SDFL_0000400933-DOJ_SDFL_000040093 | | |
| D294 | Email with the subject "Honduras" | DOJ_SDFL_0000051956 | | |
| D295 | Email string with the subject "HONDURAS / HNP TASA" and attachments | DOJ_SDFL_0000405263-DOJ_SDFL_0000405267 | | |
| D296 | Email string with the subject "HONDURAS / HNP TASA" and attachment | DOJ_SDFL_0000496519-DOJ_SDFL_0000496520 | | |

| D297 | Email string with the subject "HONDURAS / HNP TASA" and attachment | DOJ_SDFL_0000405261-DOJ_SDFL_0000405262 | | |
|---|---|---|---|---|
| D298 | Email with the subject "Honduras National Police Delegation/For Your Information" | DOJ_SDFL_0000052001-DOJ_SDFL_0000052002 | | |
| D299 | Email with the subject "Atlanco/HNP" | DOJ_SDFL_0000748865-DOJ_SDFL_0000748867 | | |
| D300 | Reserved for cross-examination/impeachment | | | |
| D301 | Reserved for cross-examination/impeachment | | | |
| D302 | Reserved for cross-examination/impeachment | | | |
| D303 | Reserved for cross-examination/impeachment | | | |
| D304 | Reserved for cross-examination/impeachment | | | |
| D305 | Reserved for cross-examination/impeachment | | | |
| D306 | Reserved for cross-examination/impeachment | | | |
| D307 | Reserved for cross-examination/impeachment | | | |
| D308 | Reserved for cross-examination/impeachment | | | |
| D309 | Reserved for cross-examination/impeachment | | | |
| D310 | Reserved for cross-examination/impeachment | | | |
| D311 | Reserved for cross-examination/impeachment | | | |
| D312 | Reserved for cross-examination/impeachment | | | |
| D313 | Reserved for cross-examination/impeachment | | | |
| D314 | Reserved for cross-examination/impeachment | | | |
| D315 | Reserved for cross-examination/impeachment | | | |
| D316 | Reserved for cross-examination/impeachment | | | |
| D317 | Reserved for cross-examination/impeachment | | | |

| D318 | Reserved for cross-examination/impeachment | | | |
| D319 | Reserved for cross-examination/impeachment | | | |
| D320 | Reserved for cross-examination/impeachment | | | |
| D321 | Reserved for cross-examination/impeachment | | | |
| D322 | Reserved for cross-examination/impeachment | | | |
| D323 | Reserved for cross-examination/impeachment | | | |
| D324 | Reserved for cross-examination/impeachment | | | |
| D325 | Reserved for cross-examination/impeachment | | | |
| D326 | Reserved for cross-examination/impeachment | | | |
| D327 | Reserved for cross-examination/impeachment | | | |
| D328 | Reserved for cross-examination/impeachment | | | |
| D329 | Reserved for cross-examination/impeachment | | | |
| D330 | Reserved for cross-examination/impeachment | | | |
| D331 | Reserved for cross-examination/impeachment | | | |
| D332 | Reserved for cross-examination/impeachment | | | |
| D333 | Reserved for cross-examination/impeachment | | | |
| D334 | Reserved for cross-examination/impeachment | | | |
| D335 | Reserved for cross-examination/impeachment | | | |
| D336 | Reserved for cross-examination/impeachment | | | |
| D337 | Reserved for cross-examination/impeachment | | | |
| D338 | Reserved for cross-examination/impeachment | | | |
| D339 | Reserved for cross-examination/impeachment | | | |
| D340 | Reserved for cross-examination/impeachment | | | |

| D341 | Reserved for cross-examination/impeachment | | | |
| D342 | Reserved for cross-examination/impeachment | | | |
| D343 | Reserved for cross-examination/impeachment | | | |
| D344 | Reserved for cross-examination/impeachment | | | |
| D345 | Reserved for cross-examination/impeachment | | | |
| D346 | Reserved for cross-examination/impeachment | | | |
| D347 | Reserved for cross-examination/impeachment | | | |
| D348 | Reserved for cross-examination/impeachment | | | |
| D349 | Reserved for cross-examination/impeachment | | | |
| D350 | Reserved for cross-examination/impeachment | | | |
| D351 | Reserved for cross-examination/impeachment | | | |
| D352 | Reserved for cross-examination/impeachment | | | |
| D353 | Reserved for cross-examination/impeachment | | | |
| D354 | Reserved for cross-examination/impeachment | | | |
| D355 | Reserved for cross-examination/impeachment | | | |
| D356 | Reserved for cross-examination/impeachment | | | |
| D357 | Reserved for cross-examination/impeachment | | | |
| D358 | Reserved for cross-examination/impeachment | | | |
| D359 | Reserved for cross-examination/impeachment | | | |
| D360 | Reserved for cross-examination/impeachment | | | |
| D361 | Reserved for cross-examination/impeachment | | | |
| D362 | Reserved for cross-examination/impeachment | | | |
| D363 | Reserved for cross-examination/impeachment | | | |

| D364 | Reserved for cross-examination/impeachment | | | |
|---|---|---|---|---|
| D365 | Reserved for cross-examination/impeachment | | | |
| D366 | Reserved for cross-examination/impeachment | | | |
| D367 | Reserved for cross-examination/impeachment | | | |
| D368 | Reserved for cross-examination/impeachment | | | |
| D369 | Reserved for cross-examination/impeachment | | | |
| D370 | Reserved for cross-examination/impeachment | | | |
| D371 | Reserved for cross-examination/impeachment | | | |
| D372 | Reserved for cross-examination/impeachment | | | |
| D373 | Reserved for cross-examination/impeachment | | | |
| D374 | Reserved for cross-examination/impeachment | | | |
| D375 | Reserved for cross-examination/impeachment | | | |
| D376 | Reserved for cross-examination/impeachment | | | |
| D377 | Reserved for cross-examination/impeachment | | | |
| D378 | Reserved for cross-examination/impeachment | | | |
| D379 | Reserved for cross-examination/impeachment | | | |
| D380 | Reserved for cross-examination/impeachment | | | |
| D381 | Reserved for cross-examination/impeachment | | | |
| D382 | Reserved for cross-examination/impeachment | | | |
| D383 | Reserved for cross-examination/impeachment | | | |
| D384 | Reserved for cross-examination/impeachment | | | |
| D385 | Reserved for cross-examination/impeachment | | | |
| D386 | Reserved for cross-examination/impeachment | | | |

| | | | | |
|---|---|---|---|---|
| D387 | Reserved for cross-examination/impeachment | | | |
| D388 | Reserved for cross-examination/impeachment | | | |
| D389 | Reserved for cross-examination/impeachment | | | |
| D390 | Reserved for cross-examination/impeachment | | | |
| D391 | Reserved for cross-examination/impeachment | | | |
| D392 | Reserved for cross-examination/impeachment | | | |
| D393 | Reserved for cross-examination/impeachment | | | |
| D394 | Reserved for cross-examination/impeachment | | | |
| D395 | Reserved for cross-examination/impeachment | | | |
| D396 | Reserved for cross-examination/impeachment | | | |
| D397 | Reserved for cross-examination/impeachment | | | |
| D398 | Reserved for cross-examination/impeachment | | | |
| D399 | Reserved for cross-examination/impeachment | | | |

Respectfully submitted, this 22d day of August, 2025.

Robert M. Perez, P.A.
Counsel for Defendant Carl Zaglin
3162 Commodore Plaza, Suite 3E
Coconut Grove, Florida 33133
(305) 598-8889 - Office
E-mail: rperez@rmplawpa.com

S/Robert M. Perez..................
ROBERT M. PEREZ
Florida Bar Number: 477494

*/s/ Craig A. Gillen*_____
Craig A. Gillen, Esq.
*/s/ Anthony C. Lake*_____
Anthony C. Lake, Esq.
Counsel for Defendant Carl Zaglin
GILLEN LAKE & CLARK LLC
400 Galleria Parkway
Suite 1920
Atlanta, Georgia 30339
Telephone: (404) 842-9700
Fax: (404) 842-9750
Email: cgillen@glcfirm.com
          aclake@glcfirm.com

Counsel for Mr. Carl Zaglin

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically via CM/ECF on this 22d day of August, 2025.

Robert M. Perez, P.A.
Counsel for Defendant Carl Zaglin
3162 Commodore Plaza, Suite 3E
Coconut Grove, Florida 33133
(305) 598-8889 - Office
E-mail: rperez@rmplawpa.com

S/Robert M. Perez.................
ROBERT M. PEREZ
Florida Bar Number: 477494

Counsel for Mr. Carl Zaglin