UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20454-CR-BECERRA

UNITED STATES OF AMERICA

v.

CARL ALAN ZAGLIN,

      **Defendant.**

_____/

**THE UNITED STATES OF AMERICA'S OBJECTIONS
TO THE FINAL PRESENTENCE INVESTIGATION REPORT**

The United States of America (the "United States"), by and through undersigned counsel, previously objected to the Draft Presentence Investigation Report ("PSR") of defendant Carl Alan Zaglin ("ZAGLIN"). (ECF No. 290.) Pursuant to the Court's Sentencing Procedures, the United States hereby sets forth those objections that have been resolved and those that remain outstanding.

**I.    OBJECTIONS THAT HAVE BEEN RESOLVED**

Additional Facts

The United States objected to include additional facts concerning, *inter alia*, the company's Chief Financial Officer, Scott Haygood; ZAGLIN's control over outbound payments and his negotiation of the sham Brokerage Agreements with Aldo Marchena; ZAGLIN's purchase of roundtrip airfare for Francisco Roberto Cosenza Centeno; and ZAGLIN and his co-conspirators' payment of bribes on two smaller contracts in 2019. The Probation Officer resolved the objections by including the additional facts in the Addendum. (*See* ECF No. 299-1 p. 1-2.)

Paragraph 44

The United States objected to Paragraph 44 to include an additional excerpt of the recorded conversation concerning paying future bribes through Cosenza Centeno's son, a lawyer in

Honduras. The Probation Officer resolved the objection by including the additional excerpt in the Addendum. (*See* ECF No. 299-1 p. 2.)

## II.     OBJECTIONS THAT REMAIN OUTSTANDING

<u>Paragraphs 63 & 77: Aggravating Role Adjustment under § 3B1.1</u>

In light of, among other facts, ZAGLIN's role as Chief Executive Officer and majority shareholder of Atlanco, LLC; his hiring of Aldo Marchena to deliver the bribe payments; and his oversight of co-conspirator Luis Berkman, the United States objected to Paragraphs 63 and 77 to impose an aggravating role adjustment under U.S.S.G. § 3B1.1. The United States also cited several exhibits that were admitted at trial in support of its position. The Probation Officer left this objection unresolved because "[t]he aforementioned information was not provided prior to disclosure of the PSR" and because the United States did not seek a role enhancement for ZAGLIN in a separate defendant's sentencing, where role enhancements were not at issue.[1] At sentencing, the United States will seek a role enhancement for ZAGLIN under § 3B1.1.

<u>Paragraphs 81, 82, & 115:  Computation of Total Offense Level & Guidelines Range</u>

The United States objected to the Draft PSR's calculation of ZAGLIN's Total Offense Level and corresponding advisory guidelines range in light of its position that an aggravating role enhancement applies. The United States believes ZAGLIN's Total Offense Level should be 40 with a corresponding imprisonment range of 292 to 365 months. The Probation Officer found that,

---

[1] To the extent it is relevant, the United States notified the Probation Officer that it would seek a four-point aggravating role enhancement for ZAGLIN on October 22—six days before publication of the Draft PSR.

should the Court adopt the government's position regarding role enhancement, this is the correct guidelines application.

| | |
|---|---|
| LORINDA I. LARYEA | JASON A. REDING QUINOÑES |
| ACTING CHIEF, FRAUD SECTION | UNITED STATES ATTORNEY |
| CRIMINAL DIVISION | SOUTHERN DISTRICT OF FLORIDA |
| U.S. DEPARTMENT OF JUSTICE | |

BY:  */s/ Peter L. Cooch*  
Peter L. Cooch  
Clayton Solomon  
Trial Attorneys  
1400 New York Avenue, NW  
Washington, DC 20005  
(202) 924-6259  
Email: Peter.Cooch@usdoj.gov  
Email: Clayton.Solomon@usdoj.gov  

BY:  */s/ Eli S. Rubin*  
Eli S. Rubin  
Assistant United States Attorney  
Court ID No. A5503535  
99 N.E. 4th Street  
Miami, Florida 33132  
(305) 961-9247  
Email: Eli.Rubin@usdoj.gov  

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 29, 2025, the undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*/s/Eli S. Rubin*  
Eli S. Rubin  
Assistant United States Attorney

3