**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. <u>23-20454-CR-BECERRA</u>**

**UNITED STATES OF AMERICA**

**vs.**

**CARL ALAN ZAGLIN,**

**Defendant.**

_____/

<u>**DEFENDANT'S CONSENT MOTION TO WITHDRAW SECOND MOTION**</u>
<u>**FOR NEW TRIAL, TO CANCEL HEARING AND TO**</u>
<u>**QUASH WRIT OF HABEAS CORPUS**</u>
<u>***AD TESTIFICANDUM***</u>

Defendant Carl Zaglin respectfully files this Consent Motion to Withdraw Second Motion for New Trial, to Cancel Hearing and to Quash Writ of Habeas Corpus *Ad Testificandum*, and moves to withdraw his Second Motion for New Trial, Dkt. # 311; to cancel the hearing on Defendant's Motion currently set for April 30, 2026, Dkt. # 348; and to quash the writ of habeas corpus ad testificandum issued for Danny Angel Rodriguez, Dkt. # 349.

The defense shows that, since it filed Mr. Zaglin's Second Motion for New Trial (Motion), the defense has increasingly become aware of alleged facts which undermine the efficacy of the Motion. The defense has therefore reached a conclusion to fully and completely withdraw Zaglin's Motion, to move for cancellation of the hearing on Zaglin's Motion, and to quash the writ of *habeas*

*corpus ad testificandum* issued for Danny Angel Rodriguez. Zaglin shows that he has conferred with counsel for the United States regarding withdrawal of his Motion; cancellation of the April 30, 2026, hearing on his Motion; and quashing of the writ of *habeas corpus ad testificandum* for Rodriguez, and that the United States does not oppose the requested relief. A proposed order is attached hereto as Exhibit 1.

For the reasons set for herein, Defendant Carl Zaglin respectfully requests that the Court grant Defendant's Consent Motion to Withdraw Second Motion for New Trial, to Cancel Hearing and to Quash Writ of Habeas Corpus Ad Testificandum, and deny Defendant's Second Motion for New Trial, Dkt. # 311, as moot; cancel the hearing on Defendant's Second Motion for New Trial, Dkt. # 348; and quash the *writ of habeas corpus ad testificandum* issued for Danny Angel Rodriguez, Dkt. # 349.

Respectfully submitted, this 17th day of April, 2026.

Robert M. Perez, P.A.
Counsel for Defendant Carl Zaglin
3162 Commodore Plaza, Suite 3E
Coconut Grove, Florida 33133
(305) 598-8889 - Office
E-mail: rperez@rmplawpa.com

S/Robert M. Perez..................
ROBERT M. PEREZ
Florida Bar Number: 477494

/s/ Craig A. Gillen
Craig A. Gillen, Esq.
/s/ Anthony C. Lake
Anthony C. Lake, Esq.
Counsel for Defendant Carl Zaglin
GILLEN LAKE & CLARK LLC
400 Galleria Parkway
Suite 1920
Atlanta, Georgia 30339
Telephone: (404) 842-9700
Fax: (404) 842-9750
Email: cgillen@glcfirm.com
           aclake@glcfirm.com

Counsel for Mr. Carl Zaglin

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically via CM/ECF on this 17th day of April, 2026.

Robert M. Perez, P.A.
Counsel for Defendant Carl Zaglin
3162 Commodore Plaza, Suite 3E
Coconut Grove, Florida 33133
(305) 598-8889 - Office
E-mail: rperez@rmplawpa.com

S/Robert M. Perez.................
ROBERT M. PEREZ
Florida Bar Number: 477494

Counsel for Mr. Carl Zaglin

## **EXHIBIT 1**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 23-cr-20454-JB**

 **UNITED STATES OF AMERICA,**

**V.**

**CARL ALAN ZAGLIN**

DEFENDANT.

_____/

**ORDER GRANTING DEFENDANT'S CONSENT MOTION TO WITHDRAW SECOND MOTION FOR NEW TRIAL, TO CANCEL HEARING AND TO QUASH WRIT OF _HABEAS CORPUS AD TESTIFICANDUM_**

This matter coming before the Court on Defendant Carl Zaglin's Second Motion for New Trial, Dkt. # 311, and it appearing to the Court that the United States consents to the proposed relief and that sufficient grounds exist for the granting thereof, it is therefore **ORDERED** that:

1. Defendant Carl Zaglin's Second Motion for New Trial, Dkt. # 311, is hereby **DENIED** in its entirety as moot;

2. The hearing on Defendant's Second Motion for New Trial currently set for April 30, 2026, Dkt. # 348, is hereby cancelled; and

3. The _writ of habeas corpus ad testificandum_ issued for Danny Angel Rodriguez, Dkt. # 349, is hereby **VACATED**. A copy of this Order shall be forwarded to the United States Marshals Service for the Southern District of

Florida and the Warden for Miami Federal Detention Center (FDC) and it shall be noted that Danny Angel Rodriguez will not be required as a witness for anything in relation to Defendant's Second Motion for New Trial, and that no hold shall be placed upon Danny Angel Rodriguez.

**DONE AND ORDERED** in Miami, Florida on _____, ____, _____.

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**